IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 05-cr-00295-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN PEREZ,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file. Assistant U.S. Attorney Judith A. Smith has entered an appearance on behalf of the government in this case. Due to the fact that I occasionally socialize with Ms. Smith, I must recuse myself from this case. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

    DATED February 3, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge